MN,ND-305 (5/94)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

Unclaimed Dividends/ Distribution less than $5 for Deposit
Debtor: **BARCELO, LAZARO**

Chapter 13 Case No.    <u>05-35106</u>
jointly administered

Please Check One:
_X_ Unclaimed Dividends
___ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| LAZARO BARCELO<br>850 32ND AVE N<br>ST CLOUD, MN 56302-0973 | debtor refund | | $4.00 |

**TOTAL TO CLERK'S FUND**                                    $4.00

_____**April 20, 2010**_____         /s/ Kyle L Carlson
DATE                                                                      TRUSTEE

RECEIVED
10 APR 23 AM 9:23
U.S. BANKRUPTCY COURT
ST. PAUL, MN